JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANN H. MCGLENON, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROGER CHA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:12-cr-0319 AWI-BAM |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE; ORDER |
| v. ) | |
| ) | |
| ROGER CHA, ) | |
| ) | Date:   February 25, 2013 |
| Defendant. ) | Time:   1:00 p.m. |
| ) | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for January 28, 2013, **may be continued to February 25, 2013 at 1:00 p.m.**

This continuance is at the request of counsel for defendant to permit investigation and negotiations between the parties. Counsel will be out of town on January 28, 2013.  This continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: January 9, 2013            By:    */s/ David L. Gappa*
                                                            DAVID L. GAPPA
                                                            Assistant United States Attorney
                                                            Attorney for Plaintiff

                                                JOSEPH SCHLESINGER
                                                Acting Federal Defender

DATED: January 9, 2013            By:    */s/ Ann H. McGlenon*
                                                             ANN H. MCGLENON
                                                            Assistant Federal Defender
                                                           Attorney for Defendant
                                                           Roger Cha

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:  **January 9, 2013**                 /s/ **Barbara A. McAuliffe**
                                                     UNITED STATES MAGISTRATE JUDGE