HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559-487-5950
ann.mcglenon@fd.org

Attorney for Defendant
ROGER CHA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1:12-CR-00319 AWI-BAM |
| ) | |
| *Plaintiff,* ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING;  ORDER |
| vs. ) | |
| ) | Date: September 9, 2013 |
| ROGER CHA, ) | Time: 1:00 p.m. |
| ) | Judge: Hon. Barbara A. McAuliffe |
| *Defendant.* ) | |
| ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney David L. Gappa, Counsel for Plaintiff, and Assistant Federal Defender, Ann H. McGlenon, Counsel for Defendant Roger Cha, that the status conference hearing set for September 3, 2013 at 10:00 a.m. before Judge Ishii, **may be rescheduled to September 9, 2013 at 1:00 p.m.** before Judge McAuliffe.

This continuance is at the request of counsel for defendant, who will be unavailable, and to permit additional time for review of expert's report, determine further motions, investigation and negotiation between the parties. This continuance will conserve time and resources for both parties and the Court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated:  August 27, 2013                           BENJAMIN B. WAGNER
                                                  United States Attorney

                                                   /s/ David L. Gappa
                                                  DAVID L. GAPPA
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

Dated:  August 27, 2013

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                   /s/ Ann H. McGlenon
                                                  ANN H. MCGLENON
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  ROGER CHA

## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause, the status conference hearing set for September 3, 2013 at 10:00 a.m. before Judge Ishii, **is rescheduled to September 9, 2013 at 1:00 p.m.** before Judge McAuliffe. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

   Dated:   **August 27, 2013**                    /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE