HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. McGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561

Attorney for Defendant
ROGER CHA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:12-cr-00319 AWI-BAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION RESETTING MOTIONS SCHEDULE;  ORDER** |
| ROGER CHA, | ) |
| Defendant. | ) Date: March 3, 2014<br>) Time: 10:00 a.m.<br>) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by the parties through their respective counsel, that defendant's motion to suppress evidence may be filed on January 24, 2014; that the government's reply may be filed on February 21, 2014 and that the motion may be heard by the court at 10:00 a.m. on March 3, 2014.

Defense counsel proposes this stipulation to allow additional time to prepare said motion, and for further negotiation and investigations.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

/ / /

/ / /

/ / /

Stipulation Resetting Motions Schedule             -1-

Dated: November 25, 2013

                BENJAMIN B. WAGNER
                United States Attorney

                */s/ David L. Gappa*
                DAVID L. GAPPA
                Assistant United States Attorney
                Attorney for Plaintiff

Dated: November 25, 2013

                HEATHER E. WILLIAMS
                Federal Defender

                */s/ Ann H. McGlenon*
                ANN H. McGLENON
                Assistant Federal Defender
                Attorney for Defendant
                ROGER CHA

**O R D E R**

IT IS SO ORDERED.

Dated:  November 25, 2013

_____
SENIOR DISTRICT JUDGE

Stipulation Resetting Motions Schedule    -2-