HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. McGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561

Attorney for Defendant
ROGER CHA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-cr-00319 AWI-BAM |
| Plaintiff, | |
| vs. | **STIPULATION RESETTING MOTIONS SCHEDULE; ORDER** <br> **EVIDENTIARY HEARING** |
| ROGER CHA, | Date: September 29, 2014 |
| Defendant. | Time: 1:30 p.m. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by the parties through their respective counsel, that defendant's reply to government's response to Defendant's motion to suppress evidence may be filed on September 9, 2014; and that the evidentiary hearing on the motion may be heard by the court at 1:30 p.m. on September 29, 2014.

Both parties agree that Dr. Herva will be available for testimony and cross examination on that date.  Defense counsel proposes this stipulation to allow additional time to prepare the reply to said motion, and to permit Dr. Herva to review the recorded statements of Defendant and his father which were provided to counsel on July 28, 2014.  Dr. Herva also needs six weeks to clear her calendar for testimony.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated:  August 11, 2014

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                        */s/ David L. Gappa*
                                        DAVID L. GAPPA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

Dated:  August 11, 2014

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Ann H. McGlenon*
                                        ANN H. McGLENON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ROGER CHA

**O R D E R**

IT IS SO ORDERED.

Dated:  August 12, 2014                           _____
                                                    SENIOR  DISTRICT  JUDGE