HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. McGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561

Attorney for Defendant
ROGER CHA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>vs.<br><br>ROGER CHA,<br><br>    *Defendant.* | Case No.  1:12-cr-00319 AWI-BAM<br><br>**STIPULATION RESETTING MOTIONS<br>SCHEDULE; ORDER<br><u>EVIDENTIARY HEARING</u>**<br><br>Date: December 1, 2014<br>Time: 1:30 p.m.<br>Judge: Hon. Anthony W. Ishii |

   **IT IS HEREBY STIPULATED** by the parties through their respective counsel, that defendant's reply to government's response to Defendant's motion to suppress evidence may be filed on October 24, 2014; and that the evidentiary hearing on the motion may be heard by the court at 1:30 p.m. on December 1, 2014.

   Both parties agree that Dr. Herva will be available for testimony and cross examination on that date.  Defense counsel proposes this stipulation to allow additional time to prepare the reply to said motion, and to permit Dr. Herva to review the recently provided additional discovery and to conduct additional investigation based on that information.  Dr. Herva also needs six weeks to clear her calendar for testimony.  She can be available on December 1, 2014.

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

1   Dated:  September 11, 2014

2                                                BENJAMIN B. WAGNER
                                                 United States Attorney
3

4                                                /s/ David L. Gappa
                                                 DAVID L. GAPPA
5                                                Assistant United States Attorney
                                                 Attorney for Plaintiff
6

7   Dated:  September 11, 2014

8                                                HEATHER E. WILLIAMS
                                                 Federal Defender
9

10                                               /s/ Ann H. McGlenon
11                                               ANN H. McGLENON
                                                 Assistant Federal Defender
12                                               Attorney for Defendant
                                                 ROGER CHA
13

14

15                                        **O R D E R**

16

17   IT IS SO ORDERED.

18
     Dated:   September 11, 2014
19                                               SENIOR  DISTRICT  JUDGE

20

21

22

23

24

25

26

27

28