BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROGER CHA,<br><br>　　　　　　　Defendant. | CASE NO. 1:12-CR-00319-AWI-BAM<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON COMPETENCY OF DEFENDANT<br><br>DATE: April 13, 2015<br>TIME: 1:30 p.m.<br>CTRM: Hon. Anthony W. Ishii |

**IT IS HEREBY STIUPLATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for March 2, 2015, **may be continued to April 13, 2015, at 1:30 p.m.**

The parties are continuing to try to identify a local mental-health professional who speaks the defendant's language who can perform a competency evaluation locally, so that the government does not need to move to have the evaluation done through the Bureau of Prisons, which would require the defendant to be transported out of Fresno. The continuance will conserve time and resources for both parties and the court.

Dated: February 27, 2015　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:　　/s/ Mark J. McKeon
　　　　　　　　　　　　　　　　　　　　　MARK J. MCKEON
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

Dated:  February 27, 2015                         /s/ Ann H. McGlenon
                                                  ANN H. McGLENON,
                                                  Attorney for Defendant
                                                  ROGER CHA

## ORDER

The Competency Hearing in the above-captioned matter now set for March 2, 2015, **is continued to April 13, 2015, at 1:30 p.m.**  Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(A)  (delay resulting from proceeding to determine the mental competency of the defendant).

IT IS SO ORDERED.

Dated:   February 27, 2015                        _____
                                                  SENIOR  DISTRICT  JUDGE