# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
MAY 19 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| **United States of America** ) | |
| vs. ) | Case No. |
| **Roger Cha** ) | 1:12-cr-00319-AWI-BAM-1 |
| ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Roger Cha_____, have discussed with _____Jacob Scott_____, Supervising Pretrial Officer, modifications of my release conditions as follows:

To replace Zhae Cha with Deu Lo as the defendant's third party custodian.

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   4/29/15.         _____   4/29/15
Signature of Defendant        Date           Pretrial Services Officer    Date
Roger Cha                                    Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____                     5-15-15
Signature of Assistant United States Attorney       Date
Mark Joseph McKeon

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                     5-6-15
Signature of Defense Counsel                Date
Ann H. McGlenon

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on ___5-15-2015___.

☐ The above modification of conditions of release is *not* ordered.

_____                     5/15/15
Signature of Judicial Officer               Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services