HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559-487-5950
ann.mcglenon@fd.org

Attorney for Defendant
ROGER CHA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-CR-00319 AWI-BAM |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| vs. | Date:  October 13, 2015 |
| ROGER CHA, | Time: 10:00 a.m. |
| *Defendant.* | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Mark McKeon, Counsel for Plaintiff, and Assistant Federal Defender, Ann H. McGlenon, Counsel for Defendant Roger Cha, that the status conference hearing set for August 24, 2015 at 1:30 p.m. before Judge Ishii, **may be rescheduled to October 13, 2015 at 10:00 a.m.**.

This continuance is to permit additional time for the government and the court to review the competency report completed by Dr. Herva, the agreed upon expert.   This time will permit counsel to determine further motions, investigation and negotiation between the parties. This continuance will conserve time and resources for both parties and the Court.

///

///

//

Stipulation to Continue Status Conference Hearing        -1-        *U.S. v ROGER CHA, 1:12-CR-00319 AWI-BAM*

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated:  August 21, 2015        */s/ Mark McKeon*
MARK MCKEON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated:  August 21, 2015        *Ann H. McGlenon*
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
ROGER CHA

# **O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:   August 21, 2015                                    _____
                                                                          SENIOR  DISTRICT  JUDGE