HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN MCGLENON, Bar #100433
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROGER CHA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00319 AWI |
| Plaintiff, | REQUEST FOR PSYCHIATRIC EXAMINATION AND REPORT; ORDER |
| vs. | |
| ROGER CHA, | |
| Defendant. | |

Pursuant to title 18 United States Code §§3552(c) and 4244(b), Roger Cha, through his attorneys Ann McGlenon and Megan T. Hopkins, assistant federal defenders, hereby requests that the court order a psychiatric and psychological examination be performed, and a report be filed with the court prior to sentencing, regarding Mr. Cha's mental condition.

Title 18 U.S.C. §3552(c) permits the court to order a presentence examination and report by psychiatric and/or psychological examiners when the determination of the mental condition of a convicted defendant is relevant to sentencing, under the same authority as is set forth in section 4244(b) of the title. 18 U.S.C. §4244(b) states that the court may order that, prior to the date of sentencing, a psychiatric and/or psychological examination of the defendant be conducted and that a report be filed with the court to determine whether the defendant is presently suffering from a mental disease or defect. Furthermore, if the mental disease or defect is not such as to require custody for care or treatment at a suitable facility, the report shall include an opinion by

the examiner concerning the sentencing alternatives that could best accord the defendant the kind of treatment he does need.

An examination and report has been conducted and prepared by Dr. Diana Herva, demonstrating that Mr. Cha has an IQ of 66 and suffers from a mental condition or defect that is relevant to sentencing.[1]  The Court should be provided with the most accurate and up-to-date information regarding this issue, including a new examination and updated report prior to sentencing Mr. Cha.  It is therefore Mr. Cha's request that this court order both an examination and report by a psychiatric and/or psychological professional in order to determine the extent of Mr. Cha's mental disease or defect, and to include a recommendation regarding alternative sentencing to ensure that Mr. Cha receives proper treatment and care.

                    Respectfully submitted,

                    HEATHER E. WILLIAMS
                    Federal Defender

Date: September 12, 2016        */s/ Megan T. Hopkins*
                    MEGAN T. HOPKINS
                    Assistant Federal Defender
                    Attorney for Defendant
                    ROGER CHA

## O R D E R

Pursuant to title 18 United States Code §§3552(c) and 4244(b), it is HEREBY ORDERED that a psychiatric or psychological examination of the defendant be conducted, and that a psychiatric or psychological report be filed with the court.  If the report includes an opinion by the examiners that the defendant is presently suffering from a mental disease or defect but that it is not such as to require his custody for care or treatment in a suitable facility,

---

[1] Dr. Diana Herva's report has been filed as an exhibit in Defendant's motion to suppress at Docket #s 26 and 27, and has been submitted as Defendant's Trial Exhibit G.

the report shall also include an opinion by the examiner concerning the sentencing alternatives that could best accord the defendant the kind of treatment he does need.

IT IS SO ORDERED.

Dated:   September 15, 2016

SENIOR DISTRICT JUDGE