HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN MCGLENON, Bar #100433
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROGER CHA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00319 AWI |
| *Plaintiff*, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| vs. | |
| ROGER CHA, | |
| *Defendant*. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorneys Mark McKeon and Jeffrey Spivak, Counsel for Plaintiff, and Assistant Federal Defenders, Ann McGlenon and Megan T. Hopkins, Counsel for Defendant Roger Cha, that **the sentencing hearing set for December 12, 2016 at 10:00 a.m., may be continued to February 13, 2017 at 10:00 a.m.**

Mr. Cha has been diagnosed with cognitive impairment as a result of an unusually low IQ as of his most recent psychiatric evaluation in 2014 by Dr. Diana Herva.  Accordingly, counsel for Mr. Cha requested leave from the court to seek a more recent evaluation of Mr. Cha's impairment as well as professional recommendations regarding alternative sentencing to ensure that Mr. Cha receives proper treatment and care.  On September 15, 2016 this Court granted Mr. Cha's request and ordered that an examination be conducted and a new report prepared, including recommendations for sentencing alternatives, if appropriate.

1    This continuance is requested to allow time for such an evaluation and report to be conducted and prepared. Although counsel for Mr. Cha sought out an expert well in advance of the sentencing date to perform the evaluation and make such recommendations as appropriate, as a result of the holiday period and the volume of work each expert is facing, none of the available psychiatrists or psychologists counsel has been referred to are available to complete the work in time for the currently scheduled sentencing hearing. The majority of the experts counsel has contacted are requesting that they be given until mid-January to complete their analysis and prepare a report.

The parties agree that the court should be provided with accurate and up-to-date information regarding this sentencing issue, and therefore request that the matter be continued for sentencing on February 13, 2017 at 10:00 a.m., in order to allow for Mr. Cha's counsel to work with an expert and obtain the report that has been ordered.

Dated:  December 1, 2016              PHILLIP A. TALBERT
                                      United States Attorney


                                      */s/ Mark McKeon*
                                      MARK MCKEON
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


Dated:  December 1, 2016              HEATHER E. WILLIAMS
                                      Federal Defender


                                      */s/ Megan T. Hopkins*
                                      MEGAN T. HOPKINS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      ROGER CHA

**O R D E R**

**IT IS SO ORDERED.** Sentencing is continued to February 13, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   December 1, 2016

_____
SENIOR DISTRICT JUDGE