1  PHILLIP A. TALBERT
United States Attorney
2  MARK J. McKEON
JEFFREY A. SPIVAK
3  Assistant United States Attorneys
2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the United States of America

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO.  1:12-CR-00319-AWI-BAM

12              Plaintiff,                   FINAL ORDER OF FORFEITURE

13      v.

14  ROGER CHA,

15              Defendant.

16

17      WHEREAS, on September 9, 2016, the Court entered a Preliminary Order of Forfeiture,

18  forfeiting to the United States all right, title, and interest of defendant Roger Cha in the following

19  property:

20          a.  Western Digital external hard drive, serial number WCAMR2097743, and all data stored

21              thereon, seized by law enforcement on or about April 18, 2012; and,

22          b.  Western Digital external hard drive, serial number WCAL91024960, and all data stored

23              thereon, seized by law enforcement on or about April 18, 2012.

24      AND WHEREAS, beginning on September 27, 2016, for at least 30 consecutive days, the United

25  States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

26  site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the

27  Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

28  validity of their alleged legal interest in the forfeited property;

FINAL ORDER OF FORFEITURE                    1

1    AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject

2   property, and the time for any person or entity to file a claim has expired.

3    Accordingly, it is hereby ORDERED and ADJUDGED:

4    1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America

5   all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), to be disposed

6   of according to law, including all right, title, and interest of Roger Cha.

7    2.    All right, title, and interest in the above-listed property shall vest solely in the name of

8   the United States of America.

9    3.    The United States Secret Service shall maintain custody of and control over the subject

10   property until it is disposed of according to law.

11

12   IT IS SO ORDERED.

13   Dated:   February 24, 2017    _____

    SENIOR  DISTRICT  JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FINAL ORDER OF FORFEITURE

2